IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE HICKS, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| | ) | 1:14-cv-01729-ODE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| CARROLL MANAGEMENT GROUP, LLC AND MICHAEL PATRICK CARROLL, | ) ) ) ) | |
|    Defendants. | ) ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

**COMES NOW,** Plaintiff Suzanne Hicks (hereinafter "Plaintiff"), by and through the undersigned counsel, and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.3, NDGa., hereby states that:

1.  The undersigned counsel of record certifies that the following is a full and complete list of all Plaintiff parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **Plaintiff:**    Suzanne Hicks

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent

corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:**    None.

3.  The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For the Plaintiff:**    **Elizabeth L. Tillery (Brown),** *Esq.*
**Benjamin F. Barrett,** *Esq.*
**Amanda A. Farahany,** *Esq.*

**For the Defendants:**    **Gregory J. Hare,** *Esq.*
**Deepa Subramanian,** *Esq.*

Respectfully submitted this 6th day of October, 2014.

**BARRETT & FARAHANY, LLP**

s/Elizabeth L. Brown
Elizabeth L. Brown
Georgia Bar No. 940372

*Counsel for Plaintiff Suzanne Hicks*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
(404) 214-0125 (*facsimile*)
lily@bf-llp.com

## CERTIFICATION PURSUANT TO L.R. 7.1D

I hereby certify that the foregoing *Plaintiff's Certificate of Interested Persons* was prepared in conformance with the font and point selections approved by the Court in Local Rule 5.1.

s/Elizabeth L. Brown
Elizabeth L. Brown
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUZANNE HICKS, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:14-cv-01729-ODE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| CARROLL MANAGEMENT GROUP, | ) | |
| LLC AND MICHAEL PATRICK | ) | |
| CARROLL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing ***Plaintiff's Certificate of Interested Persons*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record:

Gregory J. Hare, *Esq.*
Deepa Subramanian, *Esq.*
Ogletree, Deakins, Nash, Smoak & Stewart, PC
191 Peachtree St, NE, Suite 4800
Atlanta, Georgia 30303

Respectfully submitted this 6th day of October, 2014.

                                            s/Elizabeth L. Brown
                                            Elizabeth L. Brown
                                            Georgia Bar No. 940372
                                            *Counsel for Plaintiff Suzanne Hicks*

**BARRETT & FARAHANY, LLP**
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309