IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE HICKS, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:14-cv-01729-ODE |
| v. ) | |
| ) | |
| CARROLL MANAGEMENT GROUP, ) | |
| LLC AND MICHAEL PATRICK ) | |
| CARROLL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1.  Description of Case:

    (a) Describe briefly the nature of this action:

    **This is a civil action for damages and other equitable relief brought pursuant to the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* (hereinafter "FMLA"). Defendants assert counterclaims for unjust enrichment, fraud, and breach of fiduciary duty.**

    (b) Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.

    **Plaintiff alleges that Defendants interfered with her right to take medical leave to care for her husband in violation of the FMLA by terminating her when she made the request.**

    **Defendants deny interfering with Plaintiff's FMLA rights and deny retaliating against Plaintiff in any way for exercising her rights under the FMLA. Defendants state that Plaintiff stopped reporting to work,**

**************
**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

_____

IT IS SO ORDERED, this __8__ day of __October__, 2014.

_____
THE HONORABLE ORINDA D. EVANS
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk