IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUZANNE HICKS, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:14-cv-01729-ODE |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CARROLL MANAGEMENT GROUP, ) | |
| LLC, AND MICHAEL PATRICK ) | |
| CARROLL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW,** Plaintiff Suzanne Hicks (hereinafter "Plaintiff") and Defendants Carroll Management Group, LLC, and Michael Patrick Carroll (hereinafter collectively "Defendants"), by and through their undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of all claims and counterclaims in the above-styled action *with prejudice*, with all rights of appeal waived and with each party to bear its own costs, attorneys' fees and expenses.

*[Signatures on following page.]*

1

Respectfully submitted this 11th day of February, 2015.

**By:**

| **BARRETT & FARAHANY, LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| s/Elizabeth L. Brown<br>Elizabeth L. Brown<br>Georgia Bar No. 940372<br>1100 Peachtree Street, Suite 500<br>Atlanta, Georgia 30309<br>(404) 214-0120<br>(404) 214-0125 (*facsimile*)<br>lily@bf-llp.com<br><br>*Counsel for Plaintiff Suzanne Hicks* | s/Gregory J. Hare*<br>Gregory J. Hare<br>Georgia Bar No. 326020<br>Deepa N. Subramanian<br>Georgia Bar No. 278625<br>191 Peachtree St. NE, Suite 4800<br>Atlanta, Georgia 30303<br>(404) 881-1300<br>(404) 870-1732 (*facsimile*)<br>greg.hare@ogletreedeakins.com<br>deepa.subramanian@ogletreedeakins.com<br><br>*Counsel for Defendants*<br><br>*signed with express permission |

## CERTIFICATION PURSUANT TO L.R. 7.1D

I hereby certify that the foregoing *Joint Stipulation of Dismissal with Prejudice* was prepared in conformance with the font and point selections approved by the Court in Local Rule 5.1.

s/Elizabeth L. Brown
Elizabeth L. Brown
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE HICKS, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:14-cv-01729-ODE |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CARROLL MANAGEMENT GROUP, ) | |
| LLC AND MICHAEL PATRICK ) | |
| CARROLL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the Court's CM/ECF system, which will automatically send electronic notification to all counsel of record:

Gregory J. Hare, *Esq.*
Deepa N. Subramanian, *Esq.*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, Georgia 30303

Respectfully submitted this 11th day of February, 2015.

                                                              s/Elizabeth L. Brown
                                                            Elizabeth L. Brown
                                                            Georgia Bar No. 940372

**BARRETT & FARAHANY, LLP**
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309